**David R. CORBIN, Plaintiff— Appellant,**

v.

**Michael J. ASTRUE, Social Security Commissioner; Eric H. Holder, Jr., Attorney General; Gail Willis, Ms., Social Security Administration; Scott Ussery, Mr., Attorney of Law; June Koening, Ms., Bladen County Child Support, Defendants—Appellees.**

No. 08–2353.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: April 29, 2009.

David R. Corbin, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges.*

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

* The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).

PER CURIAM:

David R. Corbin appeals the district court's order adopting the magistrate judge's recommendation and dismissing as frivolous Corbin's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Corbin's motion to proceed in forma pauperis and dismiss for the reasons stated by the district court. *Corbin v. Astrue,* No. 5:08–cv–00096–BO (E.D.N.C. Nov. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*